# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CRAYTONIA BADGER                                                                                PLAINTIFF

V.                               CASE NO. 4:16-CV-00475 SWW/BD

WENDY KELLEY, et al.                                                                          DEFENDANTS

## ORDER

Before the Court is Plaintiff's motion for voluntary dismissal, stating that the parties have settled this dispute. The motion to dismiss [ECF No. 5] is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 14th DAY OF JULY, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE